IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TAMMY LYNN RHOADS,

      Petitioner,

v.

JOHN M. RHOADS,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1934

Opinion filed June 1, 2016.

Petition for Writ of Prohibition -- Original Jurisdiction.

William S. Graessle and Jonathan W. Graessle, Jacksonville, for Petitioner.

No appearance for Respondent.

PER CURIAM.

      The petition for writ of prohibition is denied on the merits.

ROWE, KELSEY, and JAY, JJ., CONCUR.